[No. 16753-4-III.    Division Three.    February 16, 1999.]

UNION ELEVATOR & WAREHOUSE COMPANY, INC., *Appellant*,
v. THE STATE OF WASHINGTON, *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 94 Wn. App. 140-50, will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated July 1, 1999 denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 96 Wn. App. 288.